UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

TRAVIS DUANE HUSS,

      Plaintiff,

      v.                                        Case No. 23-C-383

EXPERT AUTOMOTIVE SERVICES LLC,

      Defendant.

---

## ORDER

---

On April 17, 2023, Plaintiff Travis Duane Huss filed a Notice of Appeal of this court's order dismissing his complaint as frivolous. He also requested leave to proceed *in forma pauperis* on appeal pursuant to 28 U.S.C. § 1915. On April 26, 2023, the court denied Plaintiff's motion for leave to appeal without prepayment of the filing fee because it found that Plaintiff's appeal has been taken in bad faith. This matter comes before the court on Plaintiff's motion for reconsideration of the court's order denying his motion for leave to appeal without prepayment of the filing fee.

Although Plaintiff has filed a motion for reconsideration, he does not challenge the court's decision. Instead, he asks for clarification and guidance with respect to renewing his motion. The court denied Plaintiff's motion for leave to appeal without prepayment of the filing fee because it found that the appeal was not taken in good faith. If Plaintiff wishes to contest this court's ruling, he must file his motion for leave to appeal without prepayment of the filing fee with the Court of Appeals for the Seventh Circuit.

The court concludes that there is no basis to alter its decision. Accordingly, Plaintiff's motion for reconsideration and clarification (Dkt. No. 23) is **DENIED**.

**SO ORDERED** at Green Bay, Wisconsin this 24th day of May, 2023.

s/ William C. Griesbach
William C. Griesbach
United States District Judge